# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. BRILEY, | No. 3:16-CV-02098 |
| Petitioner, | (Judge Brann) |
| v. | |
| THERESA DELBALSO and<br>PA STATE ATTORNEY GENERAL, | |
| Respondents. | |

# ORDER

### MAY 23, 2019

Ronald J. Briley filed this 28 U.S.C. § 2254 petition challenging his state court conviction and sentence.[1] In April 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny Briley's petition on the merits.[2] After receiving an extension of time from the Court, Briley filed timely objections to the Report and Recommendation in which he generally reiterates his arguments in support of his claims.[3]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report

---

[1] Doc. 1.
[2] Doc. 17.
[3] Docs. 19, 20.

or specified proposed findings or recommendations to which objection is made.'"[4] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[5] After reviewing the record, the Court finds no error in Magistrate Judge Carlson's conclusion that Briley's claims are without merit. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 17) is **ADOPTED**;

2. Briley's 28 U.S.C. § 2254 petition (Doc. 1) is **DENIED**;

3. A certificate of appealability shall not issue; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[4] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.